392

UNITED STATES of America,
Plaintiff–Appellee,

v.

Gordon Ronnell HINES, Defendant–
Appellant.

No. 93–5935.

United States Court of Appeals,
Fourth Circuit.

Argued June 6, 1995.

Decided Sept. 22, 1995.

**ARGUED:** George Alan DuBois, Assistant Federal Public Defender, Raleigh, NC, for appellant. John Samuel Bowler, Assistant United States Attorney, Raleigh, NC, for appellee. **ON BRIEF:** Janice McKenzie Cole, United States Attorney, David P. Folmar, Jr., Special Assistant United States Attorney, Raleigh, NC, for appellee.

Before ERVIN, Chief Judge, RUSSELL, WIDENER, HALL, MURNAGHAN, WILKINSON, WILKINS, NIEMEYER, HAMILTON, LUTTIG, WILLIAMS, MICHAEL, and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge, sitting en banc.

## OPINION

PER CURIAM:

The en banc court voted unanimously to affirm Hines' convictions on all counts except the second count of use of a firearm during a drug trafficking offense on September 19, 1992. As to that count, the court affirms the conviction by an equally divided vote.

*AFFIRMED.*